UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Novice T. Harris,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KCETLINK, and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. CV14-00187- DMG-MRWx<br><br>**ORDER REGARDING DISMISSAL OF ACTION [18]** |

　　FOR GOOD CAUSE APPEARING, it is hereby ORDERED that the Complaint on file herein is dismissed with prejudice.  Each side will bear its own attorneys' fees and costs.

　　**IT IS SO ORDERED.**

DATED:  May 28, 2014_____   _____
　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE